Steven L. Krongold, Esq. (State Bar No. 125952)
**Krongold Law Corp., P.C.**
**A Professional Corporation**
8105 Irvine Center Drive, Suite 900
Irvine, CA 92618
Telephone: (949) 651-1900
Facsimile: (949) 861-9225

Attorneys for Plaintiff TourVision, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| TOURVISION, INC, a California Corporation<br><br>      Plaintiff;<br>v.<br><br>TOUR VISION, INC., a Michigan Corporation, doing business as REAL TOUR VISION, REAL TOUR VISION INTERACTIVE, REALTOURVISION.COM and RTV, *et. al*,<br><br>      Defendant(s).<br>_------------------------------------------------------<br>TOUR VISION, INC., a Michigan Corporation<br><br>    Counterclaimant,<br>v.<br><br>TOURVISION, INC., a California Corporation<br><br>    Counterdefendant. | Action No 2:08-CV-01085-MCE-DAD<br><br>**Stipulated Notice of Settlement and Order of Dismissal**<br><br>Judge Morrison C. England, Jr.<br>Magistrate Dale A. Drozd |

1

**STIPULATED NOTICE OF SETTLEMENT AND ORDER OF DISMISSAL**

ACTION NO 2:08-CV-01085-MCE-DAD.

**STIPULATED NOTICE OF SETTLEMENT AND ORDER OF DISMISSAL**

The Plaintiffs and Counterdefendants, TourVision, Inc. et al (collectively TOUR VISION) and the Defendant and Counterclaimant, TOUR VISION, INC. (hereinafter REALTOUR), have reached a mutually acceptable resolution of the issues and settlement of all claims and controversies between them arising out of the subject matter of the above captioned action.  Therefore, pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure and Local Rule 16-160, the Plaintiff TOUR VISION and the Defendant REALTOUR stipulate and agree that this Court should dismiss with prejudice all claims brought by, or could have been brought by the Plaintiff against REALTOUR and an Order of Dismissal of the complaint should be entered, each party to bear their own costs and fees

Likewise, pursuant to Rule 41 (a)(1)(ii) and (c) of the Federal Rule of Civil Procedure, the Counterclaimant REALTOUR and the Counterdefendant TOUR VISION stipulate and agree that this Court should dismiss with prejudice all claims brought by, or could have been brought by the Counterclaimant against TOUR VISION and an Order of Dismissal of the counter complaint should be entered, with each party to bear their own costs and fees.

Dated: 23 July, 2008
_____
Steven L. Krongold, Attorney
for Plaintiff and Counterdefendant
VirtualTour, Inc.

Dated: 23 July, 2008
_____
Steven L. Smith, Attorney
for Defendant and Counterclaimant
Virtual Tour, Inc.

ORDER OF DISMISSAL

Pursuant to the Stipulated Notice of Settlement and Rule 41(a) of the Federal Rules of Civil Procedure submitted by the Plaintiff TourVision, Inc., a California Corporation and Defendant, Tour Vision, Inc., a Michigan Corporation, all claims and counterclaims asserted by TourVision, Inc. and Tour Vision, Inc. are hereby dismissed with prejudice. TourVision, Inc. and Tour Vision, Inc. shall each bear their own costs, expenses and fees.

DATED: August 8, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE